IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

**VS**                                    **CR NO. 2:18-CR-00945-DCN-1**

**Kashif Washington**

# PLEA

The defendant, **Kashif Washington**, having withdrawn his plea of Not Guilty entered,

October 30, 2018 pleads guilty to **Count(s)** _____ **1, 2, 3, 4, and 5** _____ of the

**Indictment/Superseding Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
May 14, 2019